UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 08 B 31242
   DELORES E POAGS
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

             Debtor
   SSN XXX-XX-2028
```

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/17/2008 and was not confirmed.

     The case was dismissed without confirmation 02/12/2009.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICREDIT FINANCIAL SV | SECURED NOT I | 9861.17 | .00 | .00 |
| CITY OF CHICAGO WATER DE | SECURED | 569.38 | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | SECURED | 3976.26 | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | SECURED | 3976.26 | .00 | .00 |
| ILLINOIS DEPT OF EMPLOYM | SECURED | 777.86 | .00 | .00 |
| LITTON LOAN SERVICING | MORTGAGE NOTI | NOT FILED | .00 | .00 |
| MERS | CURRENT MORTG | .00 | .00 | .00 |
| ILLINOIS DEPT OF EMPLOYM | SECURED | 777.86 | .00 | .00 |
| INTERNAL REVENUE SERVICE | NOTICE ONLY | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF EMPLOYM | PRIORITY | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | NOTICE ONLY | NOT FILED | .00 | .00 |
| AMERICAN CORADIUS INTL | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| AUSTIN BANK OF CHICAGO | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY PYSICIANS OFFI | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD | UNSECURED | 508.58 | .00 | .00 |
| FLOOD BROTHER DISPOSAL | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| GRAND VICTORIA | UNSECURED | NOT FILED | .00 | .00 |
| IL DEPT OF EMPLOYMENT SE | UNSECURED | NOT FILED | .00 | .00 |
| IL DEPT OF EMPLOYMENT SE | NOTICE ONLY | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | UNSECURED | NOT FILED | .00 | .00 |
| JOHN STROGER HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| JOHN STROGER HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| JOHN STROGER HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| JOHN STROGER HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| JOHN STROGER HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| STROGER HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| LOUIS AUSLANDER | UNSECURED | NOT FILED | .00 | .00 |
| NAC CASSEL | UNSECURED | NOT FILED | .00 | .00 |
| OAK PARK RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES ENERGY | UNSECURED | NOT FILED | .00 | .00 |

```
PEOPLES ENERGY             UNSECURED      NOT FILED              .00            .00
PEOPLES ENERGY             UNSECURED      NOT FILED              .00            .00
PORTFOLIO RECOVERY         UNSECURED       8035.89               .00            .00
RESURRECTION HEALTH CARE   UNSECURED      NOT FILED              .00            .00
SPRINT                     UNSECURED      NOT FILED              .00            .00
VILLAGE RADIOLOGY          UNSECURED      NOT FILED              .00            .00
WEST SUBURBAN HEALTH CAR   UNSECURED      NOT FILED              .00            .00
LOUIS OUTALNDER            NOTICE ONLY    NOT FILED              .00            .00
ROUNDUP FUNDING LLC        UNSECURED       5595.34               .00            .00
ROUNDUP FUNDING LLC        UNSECURED       6672.11               .00            .00
PHILIP A IGOE              DEBTOR ATTY         .00                              .00
TOM VAUGHN                 TRUSTEE                                              .00
DEBTOR REFUND              REFUND                                              .00
```

         Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                     ---------------    ---------------
TOTALS                       .00                  .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                          /s/ Tom Vaughn
    Dated: 03/11/09       _____
                          TOM VAUGHN
                          CHAPTER 13 TRUSTEE